## Patrick Garrity v. Geo. A. Fuller Company.

1. Instructions—*To Find for Defendant—When Erroneous.*—In an action for personal injuries, where reasonable minds may reasonably differ upon the evidence of negligence as charged in the declaration, the cause should be submitted to the jury.

**Action for Personal Injuries.**—Appeal from the Superior Court of Cook County; the Hon. John Barton Payne, Judge, presiding. Verdict and judgment for defendant by direction of the court. Appeal by plaintiff. Heard in this court at the March term, 1898. Reversed and remanded. Opinion filed March 16, 1899. Rehearing denied April 13, 1899.

Geo. Willard and Smith & Wray, attorneys for appellant.

John A. Post and O. W. Dynes, attorneys for appellee.

Mr. Justice Adams delivered the opinion of the court.

Appellant sued appellee in case for an injury to his person. He was injured in a ditch or trench dug for a curb wall, by the caving in of a ditch.

At the close of plaintiff's evidence, the court peremptorily instructed the jury to find the defendant not guilty. After carefully reading and considering the evidence, we are of opinion that reasonable minds may reasonably differ as to whether or not the evidence showed that the defendant was guilty of the negligence charged in the declaration, and therefore the case should have been submitted to the jury.

The judgment will be reversed and the cause remanded.